Jeffrey TACINA, Appellant,

v.

MERS/MO GOODWILL INDUSTRIES, and Division of Employment Security, Respondents.

No. ED 101988

Missouri Court of Appeals, Eastern District, *DIVISION TWO.*

Filed: September 29, 2015

Jeff Tacina (Acting Pro Se), 4635 Whisper Lake, Apt. 10, Florissant, MO 63033, for appellant.

Ninion S. Riley, P.O. Box 3100, Jefferson City, MO 65102, Mers/Mo Goodwill Industrial (Acting Pro Se), 1727 Locust St., Saint Louis, MO 63103, for respondents.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

## ORDER

PER CURIAM.

Jeff Tacina ("Claimant") appeals the decision of the Labor and Industrial Relations Commission ("Commission") denying his claim for unemployment benefits. The Commission determined Claimant was disqualified from receiving benefits because he voluntarily quit his job without good cause attributable to his work or employer.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).